IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| **ALEX LOPEZ,** on behalf of himself and all others similarly situated,<br><br>    Plaintiffs,<br><br>  v.<br><br>**PLS GROUP, INC., PLS FINANCIAL SERVICES, INC., and PLS CHECK CASHERS OF NEW YORK, INC.,**<br><br>    Defendants. | No. 1:16-cv-07649<br><br>Honorable Manish S. Shah<br><br>Magistrate Judge Young B. Kim |

**JOINT MOTION TO APPROVE CONFIDENTIAL SETTLEMENT AGREEMENTS
AND TO DISMISS CASE WITH PREJUDICE**

Defendants PLS Financial Services, Inc., ("PLS Financial"), PLS Check Cashers of New York, Inc., ("PLSCCNY"), and PLS Group, Inc., (collectively "PLS"), Plaintiff Alex Lopez ("Lopez") and Opt-In Plaintiff Leudys Almonte ("Almonte") (collectively "Plaintiffs'), by and through their respective undersigned counsel, hereby file this Joint Motion to Approve Confidential Settlement Agreements and to Dismiss Case with Prejudice. In support, the parties state:

1. Plaintiff Alex Lopez filed his original complaint in this matter on July 28, 2016 against Defendants, alleging he and other similarly situated individuals were misclassified as exempt employees and/or were improperly denied overtime pay during employment with Defendant PLSCCNY in violation of the Fair Labor Standards Act ("FLSA"), 29 U.S.C. §201, *et seq*.

2. On September 1, 2016, Defendants filed a Motion to Stay this Action Pending Resolution of Defendants' Petition to Compel Arbitration, which was simultaneously filed on September 1,

2016 in the United States District Court for the Eastern District of New York. (Dkt #17 & 17-1).

3. On or about September 27, 2016, Lopez and Almonte each filed a "Notice of Consent to Become a Party Plaintiff" in this action. (Dkt #21-1, Exhibits A and B).

4. On May 5, 2017, the parties reached confidential settlement agreements whereby Lopez and Almonte will release any and all claims against Defendants regarding their employment with PLSCCNY, including their individual claims under the FLSA and claims for attorneys' fees.

5. As part of the parties' confidential settlement agreements, Lopez and Almonte have agreed to dismiss the present lawsuit with prejudice. The parties have agreed to keep the terms of their respective settlement agreements confidential. To that end, the parties have prepared and executed written Confidential Settlement Agreements and Releases that memorialize the terms of their respective confidential settlements and which are contingent upon approval by this Court.

6. In accordance with the applicable requirements for settling a FLSA claim, the parties hereby seek the Court's approval of the confidential settlements reached in this matter and stipulate to the dismissal of this action.

7. Pursuant to the FLSA, claims for back wages and other damages arising under the FLSA may be settled or compromised with the approval of the district court or Secretary of Labor. *See Brooklyn Savings Bank v. O'Neil*, 324 U.S. 697 (1945); *D.A. Schulte, Inc. v. Gangi*, 328 U.S. 108 (1946). To approve the settlement, the Court should determine that the compromise is a fair and reasonable resolution of a bona fide dispute over FLSA provisions. *Id*.

8. As discussed above, the parties have agreed to settle all claims in this dispute through the execution of Confidential Settlement Agreements and Releases. Defendants do not admit

liability or wrongdoing, however, all parties agree that the settlement terms they have reached in this action represent a fair and equitable resolution of this matter. Thus, the parties respectfully request that the Court approve the settlements and issue an Order dismissing this action with prejudice, but retaining jurisdiction, as necessary, to enforce the Settlement Agreements entered into by the parties.

9. The parties have agreed to keep the specific terms and conditions of the Confidential Settlement Agreements and Releases confidential. To that end, the parties have submitted their executed Confidential Settlement Agreements and Releases to the Court for an *in camera* review for the Court's approval, without waiving the confidential nature of the Settlement Agreements.

**WHEREFORE**, the parties stipulate to the dismissal of this action, and respectfully request that the Court enter an Order approving the settlement of all of Alex Lopez's and Leudys Almonte's claims and dismissing this action with prejudice, but retaining jurisdiction, as necessary, to enforce the Confidential Settlement Agreements and Releases.

Respectfully submitted,

/s/ Lloyd Ambinder
Lloyd Ambinder
Jack Newhouse
Virginia & Ambinder, LLP
40 Broad Street, 7th Floor
New York, New York 10004

and

Werman Salas P.C.
Douglas M. Werman
Maureen A. Salas
77 West Washington Street
Suite 1402
Chicago, IL 60602

Attorneys for Plaintiffs,
ALEX LOPEZ and LEUDYS ALMONTE

/s/ *Ines Monte*
Ines Monte ARDC# 6239550
Darren Mungerson ARDC# 6256434
LITTLER MENDELSON, P.C.
A Professional Corporation
321 North Clark Street
Suite 1000
Chicago, IL 60654

Attorneys for Defendants,
PLS GROUP, INC., PLS FINANCIAL SERVICES, INC., and PLS CHECK CASHERS OF NEW YORK, INC.

3

## **CERTIFICATE OF SERVICE**

      This document was filed electronically on this 19th day of June, 2017. Parties may access this filing via the Court's electronic filing system.

                                              /s/ Ines Monte
                                                Ines Monte

Firmwide:148290605.1 090114.1016